CV71 was blank
CV30 was blank
In the EDSS

Fee Paid

FILED
CLERK, U.S. DISTRICT COURT
10/30/22
CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

UNITED STATES OF AMERICA

DISTRICT COURT

WESTERN DIVISION

| | |
|---|---|
| ELIZABETH THOMAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CADENCE CAPITAL INVESTMENTS LLC, WILLIAM ROTHACKER JR.<br><br>　　　　Defendant | Case No.:  CV22-7944-SPG(SKx)<br><br>COMPLAINT |

## 1) JURISDICTION

(a) This complaint is based on property and events that happened in Lakewood, Los Angeles, CA. Jurisdiction is proper because this is the district the property is located in.

## 2) VENUE

(a) Venue is proper because the events that occurred in this complaint happened in this district.

## 3) PARTIES

(a) The plaintiff in this complaint is Elizabeth Thomas. INDIVIDUAL her home and business is located in Lakewood, CA. The address to where she lives is the same address as to where she works.

(b) Her address is 11747 Carson Street, Lakewood, CA 90715.

(c) Her mailing address is 20827 Norwalk Blvd, 39, Lakewood, CA 90715

(d) Her telephone contact information is (562) 541-3665.

(e) The defendant, CADENCE CAPITAL INVESTMENTS, LLC, is a FOREIGN ENTITY formed in Colorado.

(f) The defendant, William Rothacker Jr., INDIVIDUAL, is the District Manager at CADENCE CAPITAL INVESTMENTS.

(g) The address is Plaza Tower One 6400, S Fiddlers Green Cir #1820, Englewood, CO 80111

4) **STATEMENT OF FACTS**

i) The plaintiff has been in possession of legal description: P M 258-33-34, Non-commercial dwelling property in the city of Lakewood, CA for over 5 years. The property taxes were in default and the plaintiff brought them current. The property was abandoned and neglected for years. The plaintiff has spent over $10,000 in modifications to the property and even leased out space to a local trucking company that had 15 containers on the yard at one time. The defendant has

security on the property that is harassing her employees and shutting off her breakers. The plaintiff has been forced to damage her credit because the defendant will not stop harassing her. The defendant has taken possession of her property and put up a fence around her yard. The plaintiff has taken down the fence and someone keeps putting it back up.

ii) The defendant has moved the plaintiff's personal belongings out of sight. She can no longer see her 55in screen television that was once in the storefront window. You could see all 16 cameras and footage on the monitor and its gone. The defendant broke inside of her property and caused great damage to her gates and garages. Plaintiff sent a bill to the defendant requesting payment for the damages. The defendant has done the following things:

iii) Sabotage plaintiff's income and access to money

5) prevent you from being in education or employment

6) limit your working hours

7) take your pay

8) refuse to let you claim benefits

i) Restrict how you use money and the things that you own

9) control when and how money is spent

10) dictate what you can buy

11) make you ask for money or provide an allowance

12) check your receipts

13) make you justify every purchase made

14) control the use of property

15) insist all economic assets (e.g. savings, house) are in their name

16) keep financial information secret

    i) Exploit economic situation

17) steal your money or property

18) cause damage to your property

19) The plaintiff requests a Emergency Workplace Violence Restraining Order.

20) *Whenever a person violates this subdivision with respect to real property, vehicles, signs, fixtures, furnishings, or property belonging to any public entity, as defined by Section 811.2 of the Government Code, or the federal government, it shall be a permissive inference that the person neither owned the property nor had the permission of the owner to deface, damage, or destroy the property.*

21) *(b) (1) If the amount of defacement, damage, or destruction is four hundred dollars ($400) or more, vandalism is punishable by imprisonment pursuant to subdivision (h) of Section 1170 or in a county jail not exceeding one year, or by a fine of not more than ten thousand dollars ($10,000), or if the amount of defacement, damage, or destruction is ten thousand dollars ($10,000) or more, by a fine of not more than fifty thousand dollars ($50,000), or by both that fine and imprisonment.*

## 5) CAUSE OF ACTION

- The defendant does 1 through

**1) The defendant violates California Penal Code 594 PC. Vandalism**

*Whenever a person violates this subdivision with respect to real property, vehicles, signs, fixtures, furnishings, or property belonging to any public entity, as defined by Section 811.2 of the Government Code, or the federal government, it shall be a permissive inference that the person neither owned the property nor had the permission of the owner to deface, damage, or destroy the property.*

*If the amount of defacement, damage, or destruction is four hundred dollars ($400) or more, vandalism is punishable by imprisonment pursuant to subdivision (h) of Section 1170 or in a county jail not exceeding one year, or by a fine of not more than ten thousand dollars ($10,000), or if the amount of defacement, damage, or destruction is ten thousand dollars ($10,000) or more, by a fine of not more than fifty thousand dollars ($50,000), or by both that fine and imprisonment.*

**2) The defendant violates California Penal Code 459, Breaking and Entering, Forced entry**

*Under California Penal Code 459, "breaking and entering" commonly referred to as burglary, is a felony in California. Burglary is the entering of another's residential or commercial dwelling with intent to commit theft or any felony.*
*Prosecution Of PC 459 Charges*
*To order to convict someone of breaking and entering, the prosecution must prove that you 1:*

*"Entered a house, building, room within a building, locked vehicle, or other dwelling; AND*
*When you entered you intended to commit theft or any felony."*

> The law does not require that you succeed in committing a crime to be guilty of burglary; all that is necessary is that you entered a dwelling or vehicle intending to carry out a theft or other felony.
> *"Entering" – Defined*
> *You "enter" a building if any part of your body breaks the plane of the building's outer boundary. Also, even if no part of your body crosses the outer boundary, if you use any object as a tool to reach the inside, you have still entered for purposes of PC 459.*

### 3) **The defendant violates Penal Code 148.5 PC – Making a False Police Report in California**

***148.5.** (a) Every person who reports to any peace officer listed in Section 830.1 or 830.2, or subdivision (a) of Section 830.33, the Attorney General, or a deputy attorney general, or a district attorney, or a deputy district attorney that a felony or misdemeanor has been committed, knowing the report to be false, is guilty of a misdemeanor.*

*(b) Every person who reports to any other peace officer, as defined in Chapter 4.5 (commencing with Section 830) of Title 3 of Part 2, that a felony or misdemeanor has been committed, knowing the report to be false, is guilty of a misdemeanor if (1) the false information is given while the peace officer is engaged in the performance of his or her duties as a peace officer and (2) the person providing the false information knows or should have known that the person receiving the information is a peace officer.*

### **REQUEST FOR RELIEF**

The plaintiff requests the following relief:

1) Possession only

2) Emergency Workplace Violence Restraining Order

3) Defendants pay for damages to gate and garages. Total amount of damages = $3,000

    Any relief that the court deems appropriate

October 19, 2022

Elizabeth Thomas


Plaintiff