AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ELIZABETH THOMAS | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. CV22-7944-SPG(SKx) |
| CADENCE CAPITAL INVESTMENTS LLC, WILLIAM ROTHACKER JR | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CADENCE CAPITAL INVESTMENTS, LLC Plaza Tower One 6400, S Fiddlers Green Cir #1820, Englewood, CO 80111
6400 S Fiddlers Green Cir Ste 1820,
Greenwood Village, Colorado, 80111,
United States
WILLIAM ROTHACKER JR
6400 S Fiddlers Green Cir Ste 1820,
Greenwood Village, Colorado, 80111,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ELIZABETH THOMAS
11747 CARSON STREET, LAKEWOOD, CA 90715
MAILING ADDRESS: 20827 NORWALK BLVD #39
LAKEWOOD, CA 90715

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/30/22



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* WILLIAM ROTHACKER JR , who is designated by law to accept service of process on behalf of *(name of organization)* CADENCE CAPITAL INVESTMENTS,LLC., WILLIAM ROTHACKER JR on *(date)* 10/19/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* USPS MAIL

My fees are $ 6.20 for travel and $ 15.00 for services, for a total of $ 21.20 .

I declare under penalty of perjury that this information is true.

Date: 10/30/2022

"s" Bruce Kolacki Jr
*Server's signature*

Bruce Kolacki Jr
*Printed name and title*

20827 NORWALK BLVD 39
LAKEWOOD, CA 90715

*Server's address*

Additional information regarding attempted service, etc:
Defendant has anoher address in los angles. address is 3228 w. 3rd st, los angeles, CA 90048
Copy of the complaint and summons was sent