1  Michael J. Radford (Cal SBN 08924)
2     mike@radfordlaw.com
   Law Offices of Michael J. Radford
3  2223 Avenida De La Playa, Suite 360
   La Jolla, CA 920337
4  619-392-6870
5
6  Attorney for Cadence Capital
   Investments LLC and William Rothacker, Jr.
7

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ELIZABETH THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>CADENCE CAPITAL INVESTMENTS LLC; and WILLIAM ROTHACKER, JR.,<br><br>    Defendants. | Case No.: 2:22-cv-07944-SPG-SK<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (Rule 12(b)(1)), FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Rule 12(b)(6), FAILURE TO JOIN INDISPENSABLE PARTY UNDER RULE 19 (Rule 12(b)(7), AND BAR OF <u>ROOKER-FELDMAN</u> DOCTRINE**<br><br>Date:  April 5, 2023<br>Time:  1:30pm<br>Court:  Hon. Sherilyn Peace Garnett, presiding (Courtroom 5C) |

TO PLAINTIFF ELIZABETH THOMAS, *IN PRO SE*:

   PLEASE TAKE NOTICE that on April 5, 2023 at 1:30, p.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at the First Street Courthouse, 350 West 1st Street, Courtroom 5C, Los Angeles, California 90012, defendants Cadence Capital Investments LLC and William

-1-

Rothacker, Jr. will move the court to dismiss the action pursuant to FRCP 12(b)(1) for lack of subject matter jurisdiction, FRCP 12(b)(6) for failure to state a claim upon which relief can be granted, FRCP 12(b)(7) for failure to join an indispensable party under Rule 19, and the bar of the <u>Rooker-Feldman</u> doctrine for seeking <u>de facto</u> review of a state court judgment in federal court.

      The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of William Rothacker, Jr., filed herewith, the Request for Judicial Notice filed herewith, and the pleadings and papers filed with the Court in this matter, and the pleadings and papers filed in the following related cases filed by you or parties related to you in this Court: 2:22-mc-00093-UA, 2:22-cv-03181-DSF-PD, 2:22-cv-03802-SPG-JEM, 2:22-cv-05797-SPG-PD, 2:22-cv-07944-SPG-SK, 2:22-cv-07989-SPG-JEM, 2:22-cv-08833-FWS-AS, 2:22-cv-09423-JFW-KSx, 2:23-cv-00818-ODW-AFM, and 2:23-cv-00837-FWS-AS.

Local Rule 7-3 Compliance Statement

      Pursuant to Local Rule 7-3, the parties thoroughly discussed the substance and potential resolution of this motion, and a potential similar motion in related case 2:22-cv-07989-SPG-JEM, by videoconference. Counsel is of the opinion that Ms. Thomas does not understand the subjects of jurisdiction, service of process, pleading, or basic rules of this Court. She refuses to attempt to correct the deficiencies identified in the motion.

Dated: February 27, 2023

                                      Law Offices of Michael J. Radford

                                      _____
                                      Michael J. Radford

                                      Attorney for Cadence Capital Investments LLC and William Rothacker, Jr.

2:22-cv-07944-SPG-SK

### PROOF OF SERVICE

On February 27, 2023, I served the foregoing **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (Rule 12(b)(1)), FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Rule 12(b)(6), FAILURE TO JOIN INDISPENSABLE PARTY UNDER RULE 19 (Rule 12(b)(7), AND BAR OF ROOKER-FELDMAN DOCTRINE** on the Plaintiff in this matter by USPS First-Class Mail addressed to:

>   Elizabeth Thomas
>   20827 Norwalk Blvd., #39
>   Lakewood, CA 90715

I placed the document in a sealed envelope and delivered it to the local USPS Post Office, with postage prepaid.

I also sent Ms. Thomas a courtesy copy of the document by email addressed to lakewoodcarsonstreet@gmail.com.

Executed at Star, ID, this 27th day of February, 2023; I declare under penalty of perjury under the laws of the United States that the foregoing is true.

_____
Michael J. Radford