Michael J. Radford (Cal SBN 08924)
    mike@radfordlaw.com
Law Offices of Michael J. Radford
2223 Avenida De La Playa, Suite 360
La Jolla, CA 920337
619-392-6870

Attorney for Cadence Capital
Investments LLC and William Rothacker, Jr.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ELIZABETH THOMAS, | ) Case No.: 2:22-cv-07944-SPG-SK |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF WILLIAM ROTHACKER, JR. IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (Rule 12(b)(1)), FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Rule 12(b)(6)), AND FAILURE TO JOIN INDISPENSIBLE PARTY UNDER RULE 19 (Rule 12(b)(7)) |
| CADENCE CAPITAL INVESTMENTS LLC; and WILLIAM ROTHACKER, JR., | |
| Defenants. | |
| | ) Date: |
| | ) Time: |
| | ) Court: Hon. Sherilyn Peace Garnett, presiding (Courtroom 5C) |

I, William Rothacker, Jr., declare:

1. I am over the age of 18 years and make this declaration of my own personal knowledge. If called as a witness, I could testify competently to the facts stated herein.

2. I am one of the named defendants in this action.

-1-

MEMORANDUM OF POINTS AND AUTHORITIES

3. My employer, Cadence Capital Investments LLC, is the other named defendant.

4. My residence is in Los Angeles County, California.

5. I work for Cadence Capital Investments LLC out of my Los Angeles office.

6. I was a resident of Los Angeles County, California when this action was filed.

7. I have lived in the State of California with the intention of remaining for more than 20 years.

8. I have a California driver's license.

9. My office is located at 8228 W 3rd St, Los Angeles, CA 90048.

10. I am the Managing Director – Western Region, for Cadence Capital Investments, LLC.

11. BV Lakewood Carson SE LLC is a Colorado limited liability company, registered to do business in California. It was formed to acquire and develop property on Carson Street in Lakewood, California, including 11747 Carson Street, Lakewood, CA 90715.

12. BV Lakewood Carson SE LLC is the owner of the real property located at 11747 Carson Street, Lakewood, CA 90715 (the "Property"). The Property was acquired by grant deed on December 23, 2020. The Property and Ms. Thomas' eviction from the Property pursuant to a writ of possession following judgment for possession after trial, are the subjects of her lawsuit.

13. Defendant Cadence Capital Investments LLC is not the owner of the Property.

14. I am not the owner of the Property.

15. I testified as a witness called on behalf of BV Lakewood Carson SE LLC in a forcible detainer trial against Ms. Thomas for possession of the Property on May 2, 2022, Case No. 22NWCV00168 of the Superior Court of

1 | California, County of Los Angeles, Norwalk Courthouse, Department K, before
2 | the Hon. Debra Cole-Hall, judge.
3 |         Executed this 7th day of February 2023, at Los Angeles, California; I
4 | declare under penalty of perjury under the laws of the United States and State
5 | of California that the foregoing is true and correct.

_____ /s/ _____
William Rothacker Jr.

2:22-cv-07944-SPG-SK

## PROOF OF SERVICE

On February 27, 2023, I served the foregoing **DECLARATION OF WILLIAM ROTHACKER, JR. IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (Rule 12(b)(1)), FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Rule 12(b)(6), AND FAILURE TO JOIN INDISPENSIBLE PARTY UNDER RULE 19 (Rule 12(b)(7)** on the Plaintiff in this matter by USPS First-Class Mail addressed to:

>Elizabeth Thomas
>20827 Norwalk Blvd., #39
>Lakewood, CA 90715

I placed the document in a sealed envelope and delivered it to the local USPS Post Office, with postage prepaid.

I also sent Ms. Thomas a courtesy copy of the document by email addressed to lakewoodcarsonstreet@gmail.com.

Executed at Star, ID, this 27th day of February, 2023; I declare under penalty of perjury under the laws of the United States that the foregoing is true.

_____
Michael J. Radford